Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  19−13970−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara Jenkins
   aka Barbara Lundy
   120 Center Street
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9663

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 30, 2021
JAN: rms

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Barbara Jenkins  
    Debtor

Case No. 19-13970-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 148 | Total Noticed: 14 |

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Jenkins, 120 Center Street, Freehold, NJ 07728-2425 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501 New York, NY 10004-1734 |
| 519259874 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518780759 | + | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518780760 | + | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-2708, Rushmore Loan Management Services, LLC, P.O. Box 55044 Irvine, CA 92619-5044 |
| 518159764 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518736087 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518051391 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Campo, CO 81029 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518051389 | | EDI: PHINAMERI.COM | Jul 31 2021 00:28:00 | Americredit Financial Services, Inc., DBA GM Financial, PO Box 183853, Arlington, TX 76096 |
| 518051388 | + | EDI: GMACFS.COM | Jul 31 2021 00:28:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 518428477 | | EDI: GMACFS.COM | Jul 31 2021 00:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518051390 | + | EDI: PRA.COM | Jul 31 2021 00:28:00 | Portfolio Recoevery Associates, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 519066885 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-2708, Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 519066884 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619-5044 |
| 518736086 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

Case 19-13970-CMG    Doc 64    Filed 08/01/21    Entered 08/02/21 00:14:53    Desc Imaged
Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 30, 2021 | Form ID: 148 | Total Noticed: 14 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2021                  Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Carroll | on behalf of Debtor Barbara Jenkins AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust bankruptcy@friedmanvartolo.com |
| Rebecca Ann Solarz | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 9